# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00481-CV

**In re McLane Company, Inc. and David Fuentes**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties to this consolidated mandamus and interlocutory appeal have informed this Court that they have an agreement in principle to resolve their dispute and request suspension of their various briefing deadlines.

We abate this proceeding until October 15, 2014, so that the parties may pursue settlement of their dispute. If the parties resolve their dispute during that time, they shall inform this Court by motion to reinstate requesting a disposition by this Court. If they have not resolved their dispute by that date, they may file a motion requesting that this Court extend the abatement period on grounds that continued abatement would assist resolution of their dispute. If they have not resolved their dispute by October 15, 2014, and have not been granted an extension of the abatement, this proceeding will be automatically reinstated.

If this case is not resolved and is reinstated without further abatement, relators' appellants' brief will be due November 3, 2014. Appellees' real parties in interest's brief responding to the petition for writ of mandamus and the appellants' brief will be due November 24, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed:   August 18, 2014